# In the United States Court of Federal Claims

No. 04-1259 C

(Filed November 24, 2004)

| | |
|---|---|
| ROMAN INVESTMENT GROUP, II, A California Limited Partnership, | * |
| *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES, | * |
| *Defendant*. | * |

## ORDER

On November 19, 2004, defendant filed an Unopposed Motion for Enlargement of Time of forty-five days, to and including January 3, 2005, within which to respond to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
JUDGE