**Joint List of Similar Cases**

| **Case No.** | **Name** | **Judge** | **Stayed** |
|---|---|---|---|
| **Group 1** | | | |
| 04-1284C | GRASS VALLEY INVESTMENT GROUP I | Firestone/ ADR Horn | yes |
| 04-1302C | DIAMOND SPRINGS INVESTMENT GROUP (II) | Firestone/ ADR Horn | yes |
| 04-1320C | WEAVERVILLE INVESTMENT GROUP(I) | Firestone/ ADR Horn | yes |
| 04-1297C | HOLLISTER INVESTMENT GROUP II | Bush/ ADR Horn | yes |
| 04-1259C | RAMONA INVESTMENT GROUP II | Bush/ ADR Horn | yes |
| 04-1315C | PIXLEY INVESTMENT GROUP | Bush/ ADR Horn | yes |
| **Group 2** | | | |
| 04-1287C | BRAWLEY I INVESTMENT GROUP | Baskir/ ADR Horn | yes |
| 04-1305C | BRAWLEY II INVESTMENT GROUP | Baskir/ ADR Horn | yes |
| 04-1301C | ASHLAND II INVESTMENT | Block | yes |
| 04-1314C | CARSON RIDGE INVESTMENT GROUP II | Hodges | request* |
| 04-1304C | CALIFORNIA TERRACE APARTMENTS | Lettow | yes |
| 04-1291C | LAKE HAVASU INVESTMENT GROUP | C. Miller | yes |
| 04-1263C | CARSON RIDGE INVESTORS(I) | Smith | request |
| 04-1295C | WEAVERVILLE INVESTMENT GROUP (II) | Smith | request |
| 04-1303C | DIAMOND SPRINGS APARTMENTS (I) | Hewitt | yes |
| 04-1262C | LADO DEL RIO INVESTORS | Wolski | request |
| **Group 3** | | | yes |
| 04-1260C | CHOWCHILLA INVESTMENT GROUP | Allegra | request |
| 04-1307C | ARVIN INVESTMENT GROUP | Braden | request |
| 04-1264C | AUBURN INVESTMENT GROUP | Bruggink | request |
| 04-1293C | SEELEY INVESTMENT GROUP | Bruggink | request |
| 04-1317C | QUINCY INVESTMENT GROUP | Damich (consolidated w/98-726C Grass Valley Terrace) | no |

| | | | |
|---|---|---|---|
| 04-1296C | HOLTVILLE INVESTMENT GROUP | Hodges | request |
| **Case No.** | **Name** | **Judge** | **Stayed** |
| 04-1322C | KINGSBURG INVESTMENT GROUP | Lettow | yes |
| 04-1309C | ANTHONY GARDEN APARTMENTS | C. Miller | yes |
| 04-1312C | LOS BANOS INVESTMENT GROUP I | G. Miller | yes |
| 04-1294C | SHASTA VIEW RANCH | G. Miller | yes |
| 04-1313C | THERMAL PROPERTIES, LTD | Baskir | yes |
| 04-1285C | EL PASEO LTD | C. Miller | yes |
| **Group 4** | | | |
| 04-1289C | YREKA INVESTMENT GROUP | Braden | request |
| 04-1311C | LOS BANOS GARDEN APARTMENTS (II) | Bruggink | request |
| 04-1298C | GRASS VALLEY II INVESTMENT GROUP | Hewitt | yes |
| 04-1267C | RAMONA INVESTMENT GROUP I | Hodges | request |
| 04-1321C | MICHELLE MANOR | Block | yes |
| **Group 5** | | | |
| 04-1288C | EXETER ENTERPRISES | Allegra | request |
| 04-1319C | HOLLISTER INVESTMENT GROUP,III | Block | yes |
| 04-1261C | HOLLISTER INVESTMENT GROUP | Braden | no |
| 04-1299C | NORTHWAY INVESTMENT GROUP | Damich (consolidated w/98-726C Grass Valley Terrace) | no |
| 04-1266C | KERMAN INVESTMENT GROUP | Hewitt | yes |
| 04-1316C | OAKHURST ENTERPRISES II | Hewitt | yes |
| 04-1286C | GARDNERVILLE INVESTMENT GROUP | Lettow | yes |
| 04-1292C | KELSEYVILLE INVESTMENT GROUP | Smith | request |
| 04-1300C | TUNNEL STREET | Williams | yes |
| 04-1318C | RIO DELL ENTERPRISES | Williams | yes |
| 04-1290C | MARIPOSA ENTERPRISES II | Wolski | request |
| **Group 6** | | | |

| | | | |
|---|---|---|---|
| 04-1306C | 1st TRUST & SAVINGS BANK OF KANKAKEE | Allegra | request |
| **Case No.** | **Name** | **Judge** | **Stayed** |
| 04-1265C | JOSEPH P. TATE, SOLE PROPRIETORSHIP | G. Miller | yes |
| 04-1310C | O.B. PARTNERSHIP | Smith | request |
| 04-1308C | LAND TRUST NO. 6005, STATE BANK OF JERSEYVILLE | Wolski | request |

* Cases that have requested a stay with a deadline of 3/11/05 for a decision by the presiding judge.