**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

Grass Valley Investment Group I,

Plaintiff,

Diamond Springs Investment Group II,

Plaintiff,

Weaverville Investment Group I,

Plaintiff,

Hollister Investment Group II,

Plaintiff,

Ramona Investment Group II,

Plaintiff,

Pixley Investment Group,

Plaintiff,

Brawley I Investment Group,

Plaintiff,

Brawley II Investment Group,

Plaintiff,

v.

United States,

Defendant.

**Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C – ADR Pilot**
**(Judge Marian Blank Horn)**

---

**NOTICE OF CHANGE OF ADDRESS**

As the Attorney of Record for the plaintiffs in the above-captioned cases, Jeff H. Eckland hereby notifies the Court, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, of the following change of address:

Jeff H. Eckland
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Phone: 612-236-0160
Fax: 612-236-0179

Dated: December 9, 2005

**Filed Electronically**

**s/Jeff H. Eckland**

Jeff H. Eckland
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: 612-236-0160
Fax: 612-236-0179