# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GRASS VALLEY INVESTMENT GROUP I,**

**Plaintiff,**

**DIAMOND SPRINGS INVESTMENT GROUP II,**

**Plaintiff,**

**WEAVERVILLE INVESTMENT GROUP I,**

**Plaintiff,**

**HOLLISTER INVESTMENT GROUP II,**

**Plaintiff,**

**RAMONA INVESTMENT GROUP II,**

**Plaintiff,**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**
**ADR Pilot**

**Filed: August 25, 2006**

## O R D E R

An ADR conference was held in the above-captioned cases on August 25, 2006. At the conference, the parties discussed limited remaining issues to be resolved and the schedule within which the parties would seek a settlement in the above-captioned and many related cases. To discuss the parties' progress, the court schedules a follow-up ADR conference with all those who appeared at today's telephone conference for **Wednesday, September 27, 2006 at 10:30 a.m. EDT**. Unless otherwise informed, the court will contact plaintiffs' counsel at (612) 236-0160 and defendant's counsel at (202) 305-7561. On or before **Tuesday, September 26, 2006, at 12:00 p.m. EDT**, the attorneys of record shall inform chambers at (202) 357-6580 of any other participants who will be at other telephone numbers for the September 27, 2006 ADR conference. The court remains available to

confer with the parties at any time prior to the September 27, 2006 conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**