# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,**<br>**Plaintiff,**<br>**DIAMOND SPRINGS INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**WEAVERVILLE INVESTMENT GROUP I,**<br>**Plaintiff,**<br>**HOLLISTER INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**RAMONA INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**PIXLEY INVESTMENT GROUP,**<br>**Plaintiff,**<br>**BRAWLEY I INVESTMENT GROUP,**<br>**Plaintiff,**<br>**BRAWLEY II INVESTMENT GROUP,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**<br>**ADR Pilot Program**<br><br>**Filed: October 19, 2006** |

* * * * * * * * * * * * * * * * * *

## O R D E R

An ADR conference was held in the above-captioned cases on October 19, 2006. At the conference, the parties discussed the remaining issues to be resolved and the schedule within which the parties would seek a resolution in the above-captioned and other related cases.

To discuss the parties' further progress, the court **SCHEDULES** a follow-up ADR conference with all those who appeared at today's telephone conference for **Thursday, November 16, 2006 at 10:30 a.m. EST**. Unless otherwise informed, the court will contact plaintiffs' counsel Mr. Eckland and Mr. Blando at (612) 236-0169; plaintiffs' counsel Mr. Snider and Mr. Roberts at (612) 766-7816; and defendant's counsel Mr. Brilliant and Mr.

Kessler, and agency counsel Ms. Peden and Mr. Anderson, all at (202) 305-7561. On or before **Wednesday, November 15, 2006, at 12:00 p.m. EST**, the attorneys of record shall inform chambers personnel at (202) 357-6580 of the addition or deletion of participants, or any change in telephone numbers for the November 16, 2006 ADR conference. The court remains available to confer with the parties at any time prior to the conference. This order is being provided to the presiding trial judges in the above-captioned lead ADR cases.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**